IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TAVISH GODDARD,                          :
        Petitioner,                      :
                                         :
   v.                                   :     Case No. 5:25-cv-00318-MTT-CHW
                                         :
Warden JACOB BEASLEY,                     :     Proceedings Under 28 U.S.C. § 2254
        Respondent.                     :     Before the U.S. Magistrate Judge
_____:

## ORDER

Petitioner Tavish Goddard seeks the appointment of counsel to assist him in his petition filed pursuant to 28 U.S.C. § 2254. (Doc. 19). No constitutional right to counsel exists in Section 2254 proceedings. *See McGriff v. Dep't of Corrs*, 338 F.3d 1231, 1234 (11th Cir. 2003). Rather, the Court may appoint counsel for any financially eligible person seeking relief under section 2241, 2254, or 2255 of Title 28 if the "the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B).

Petitioner suggests that he requires counsel because he is unable to litigate this case due to his mental health status. (Doc. 19). The docket shows, however, that he has been able to file an initial petition (Doc. 1), amended petition (Doc. 18), and several other motions and documents with the Court. *See* (Docs. 5, 7, 9, 12, 16, 17, 19). These filings demonstrate a basic ability to present his claims and navigate the court system. Petitioner has failed to demonstrate that the interests of justice require the appointment of counsel. Accordingly, his motion for appointment of counsel (Doc. 19) is **DENIED**.

1

Should it later become apparent to the Court that legal assistance is required to avoid prejudice to Petitioner's rights, then the Court, **on its own motion**, will assist Petitioner in securing counsel at that time.

**SO ORDERED**, this 18th day of March, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge